UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CIVIL ACTION NUMBER: 3:09CV-93-M**

**MICHELLE DOWNS ET EL.**                                              **PLAINTIFFS**

**vs.**

**INSIGHT COMMUNICATIONS COMPANY, L.P.**                    **DEFENDANT**

## ORDER

The parties having filed their joint litigation plan and the Court being sufficiently advised;

**Magistrate Judge James D. Moyer,** will conduct a **Rule 16 Scheduling Conference** in his chambers, Room 208, Gene Snyder Courthouse Building, 601 West Broadway, Louisville, Kentucky, on **July 29, 2011,** at **10:45 AM CDT. Counsel who will try the case shall participate in the conference.** Exceptions to this requirement shall be with the understanding that counsel who participate on behalf of any party (a) shall be fully prepared to discuss all aspects of the case with respect to the matters to be scheduled, (b) shall be empowered to bind all counsel for that party with respect to dates agreed upon or ordered, and (c) shall have authority to enter into stipulations and to make admissions regarding all matters that the participants may reasonably anticipate may be

discussed.  Fed. R. Civ. P. 16(c) and (f).

Requests for a change of the conference date shall be made to the Magistrate Judge's Case Manager, Kathy Pritchard, at 502-625-3930.

Should all parties agree to consent to referral of this case to the United States Magistrate Judge for all purposes in the case, including trial, entry of a final judgment, and all post judgment proceedings, pursuant to Title 28 United States Code, Section 636(c) and Rule 73 of the Federal Rules of Civil Procedure and LR 73.1, the required form is attached for completion and subsequent filing with the Clerk of the Court.

**IT IS SO ORDERED**.

          ENTERED BY ORDER OF COURT
          JOSEPH H. MCKINLEY, JR., JUDGE
          UNITED STATES DISTRICT COURT

          VANESSA L. ARMSTRONG, CLERK

By:           /s/
     Jason B. Mayfield, Deputy Clerk

Date: July 1, 2011

Copies to:   Counsel of record
               Kathy Pritchard
               Kathryn Niemann

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| *Defendant* | ) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

*District Judge's signature*

*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.

Case 3:09-cv-00093-JHM -JDM   Document 82   Filed 07/01/11   Page 4 of 4 PageID #: 897